UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                     Case No. 1:14-CR-13

v.                                               HON. ROBERT HOLMES BELL

GUILLERMO JIMENEZ-FLORES,

        Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

Defendant Guillermo Jimenez-Flores has filed a motion for modification or reduction of sentence (ECF No. 68) pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 782 of the United States Sentencing Guidelines, made retroactive by the Sentencing Commission.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines reduced by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in U.S.S.G. §§ 2D1.1 and 2D1.11. These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10.

However, because the court applied a variance at sentencing to reflect changes to USSC 2D1.1 Amendment 782, the Probation Office has now found Defendant ineligible for a further reduction in sentence under Guideline Amendment 782. Defense counsel has filed a response to the report of eligibility, ECF No. 83, and concurs that Defendant received a two-level reduction in

anticipation of Amendment 782 taking effect and is therefore ineligible for additional relief.

Therefore, IT IS HEREBY ORDERED that Defendant's motion for modification of sentence (ECF No. 68) pursuant to 18 U.S.C. § 3582(c)(2) is DENIED.


Dated: February 23, 2015           /s/ Robert Holmes Bell
                                   ROBERT HOLMES BELL
                                   UNITED STATES DISTRICT JUDGE